UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLIVIA PARROTT,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 21-02930 (RCL) |

## PROPOSED ORDER

Plaintiff's motion for a stay is hereby granted and plaintiff's deadline under LCvR 23.1(b) to file their motion for class action treatment is stayed until the date of the Rule 16 scheduling conference.

*Royce C. Lamberth*    12/14/21
HON. ROYCE C. LAMBERTH
United States District Court Judge

1