UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLIVIA PARROTT, *et al.*,

    *Plaintiffs,*

v.

DISTRICT OF COLUMBIA,

    *Defendant.*

Case No. 1:21-cv-2930-RCL

## ORDER

On February 07, 2022, the defendant moved to dismiss the plaintiffs' [2] Complaint. On March 15, 2022, the plaintiffs filed the plaintiffs' [18] Amended Complaint. Because the plaintiffs filed an amended complaint, the defendant's [15] Motion to Dismiss is moot. *See Gray v. D.C. Pub. Sch.*, 688 F. Supp. 2d 1, 6 (D.D.C. 2010); *Myvett v. Williams*, 638 F. Supp. 2d 59, 62 (D.D.C. 2009). Instead, the defendant's [22] Motion to Dismiss the Amended Complaint is the operative motion.

Therefore, it is hereby **ORDERED** that the defendant's [15] Motion to Dismiss is **DENIED WITHOUT PREJUDICE** as moot.

**IT IS SO ORDERED.**

Date: September 2/ 2022

Royce C. Lamberth
United States District Judge

1