UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLIVIA PARROTT, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA,

    *Defendant*.

Case No. 1:21-cv-2930-RCL

## ORDER

For the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion [22] to Dismiss the Amended Complaint is **GRANTED** in part and **DENIED** in part. Specifically, Counts I, V, VI, and VII are **DISMISSED** in full; and Counts II, III, and IV are **DISMISSED** only insofar as they allege that defendant unlawfully failed to notify plaintiffs of the fact that their property had been seized.

Furthermore, in accordance with Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), the Court hereby **ORDERS** that the parties shall meet and confer within fifteen (15) days of this date. The Court also **ORDERS** that, within fourteen (14) days thereafter, the parties shall jointly submit a written report outlining the discovery plan and a proposed scheduling order.

**IT IS SO ORDERED.**

Date: February 22, 2023

                                                      Royce C. Lamberth
                                                      United States District Judge