UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLIVIA PARROTT,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | **Civil Action No. 1:21-cv-002930-RCL** |

## ORDER

Upon consideration of Plaintiffs' Motion for Reconsideration of the Opinion and Order on Defendant's Motion to Dismiss or, in the Alternative, Leave to Amend the First Amended Complaint (Motion), Defendant's Opposition, and the entire record, it is,

**ORDERED** that the Motion is **DENIED**.

Dated: _____       _____
                                                                                              THE HONORABLE ROYCE C. LAMBERTH
                                                                                              Judge, United States District Court
                                                                                                        for the District of Columbia